1  Nathaniel G. Hannaford (SBN 7733)
   **McKAY LAW FIRM, Chtd**
2  3295 North Fort Apache Rd., Suite 150
   Las Vegas, NV 89129
3  Telephone: (702) 835-6956
   Facsimile: (702)  835-6957
4  nhannaford@mckaylawfirmchtd.com

5  Attorneys for Third-Party Defendant,
   **CONCEPT CONSTRUCTION &**
6  **DEVELOPMENT, INC.**

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10 FRANK J. SWEETZ, a single man,            )  CASE NO. 2:08-cv-01604-JCM-RJJ
                                             )
11            Plaintiff,                      )
                                             )
12      vs.                                   )
                                             )
13                                            )  **ORDER ON CONCEPT CONSTRUCTION**
                                             )  **& DEVELOPMENT, INC.'S MOTION**
14 MOTEL 6 OPERATING L.P., a foreign         )  **FOR SUMMARY JUDGMENT OR, IN**
   Limited Partnership, ACCOR NORTH          )  **THE ALTERNATIVE, FOR AN**
15 AMERICA, INC., GENERAL                    )  **ADVERSE INFERENCE AGAINST**
   PARTNERSHIP d/b/a "MOTEL 6";              )  **THIRD-PARTY PLAINTIFFS MOTEL 6**
16 LIBERTY MUTUAL INSURANCE GROUP            )  **OPERATING, L.P. AND ACCOR NORTH**
   a/k/a LIBERTY MUTUAL INSURANCE            )  **AMERICA, INC.**
17 COMPANY; DOES I through X, inclusive,     )
                                             )
18            Defendants.                     )
                                             )
19 ─────────────────────────────────        )
                                             )
20 MOTEL 6 OPERATING L.P., and ACCOR         )
21 NORTH AMERICA, INC.,                      )
                                             )
22            Third-Party Plaintiffs,         )
                                             )
23      vs.                                   )
                                             )
24                                            )
   CONCEPT CONSTRUCTION &                    )
25 DEVELOPMENT, INC.,                        )
                                             )
26            Third-Party -Defendant.         )
                                             )
27 ─────────────────────────────────

28

**ORDER ON CONCEPT CONSTRUCTION & DEVELOPMENT, INC.'S MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ADVERSE
INFERENCE AGAINST THIRD-PARTY PLAINTIFFS MOTEL 6 OPERATING, L.P.
AND ACCOR NORTH AMERICA, INC.**

Third-Party Defendant CONCEPT CONSTRUCTION & DEVELOPMENT, INC.'s (hereinafter "Concept Construction") Motion for Summary Judgment or, in the Alternative, for an Adverse Inference having come on regularly for hearing on Monday, June 21, 2010, at 10:00 a.m., the Honorable United States District Court Judge James C. Mahan presiding. Jonathan D. Blum, Esq. of THARPE & HOWELL, LLP appeared on behalf of Third-Party Plaintiffs MOTEL 6 OPERATING, L.P. and ACCOR NORTH AMERICA, INC. (hereinafter collectively referred to as "Motel 6"), and Nathaniel G. Hannaford, Esq. of McKAY LAW FIRM, CHTD. appeared on behalf of Third-Party Defendant Concept Construction.

After reviewing the Memorandum of Points and Authorities and hearing oral arguments of counsel in support of and in Opposition to Concept Construction's Motion for Summary Judgment or, in the Alternative, for an Adverse Inference, and after being fully advised in the premises and good cause appearing therefore, the Court now Orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Concept Construction's Motion for Summary Judgment or, in the Alternative, for an Adverse Inference against Third-Party Plaintiffs Motel 6 is **DENIED**, **IN PART**, as it relates to Concept Construction's request for Summary Judgment and the exclusion of Motel 6's expert, Lane Swainston. Accordingly, Summary Judgment is hereby denied. Likewise, Concept Construction's request that Motel 6's expert witness, Lane Swainston, be precluded from offering testimony is also denied.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that Concept Construction's Motion for Summary Judgment or, in the Alternative, for an Adverse Inference against Third-Party Plaintiffs Motel 6 is **GRANTED**, **IN PART**, in that Concept Construction is entitled to a Permissible Adverse Inference Jury Instruction relating to the spoliation of evidence that is the subject of this Motion.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the language permitted in the Permissible Adverse Inference Jury Instruction will be reviewed and approved by the Court following the submission of proposed jury instructions by the parties at the appropriate time before trial.

**IT IS SO ORDERED, ADJUDICATED AND DECREED**  July 1, 2010.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:


**McKAY LAW FIRM, CHTD.**

*/s/ Nathaniel G. Hannaford*
By:  _____
NATHANIEL G. HANNAFORD
State Bar No. 7733
3295 North Fort Apache Rd, Suite 150
Las Vegas, NV 89129

Attorneys for Third-party Defendant,
**CONCEPT CONSTRUCTION &
DEVELOPMENT, INC.**

Approved as to Form and Content by:

**THARPE & HOWELL, LLP**

*/s/ Jonathan D. Blum*
By:  _____
JONATHAN D. BLUM
State Bar No. 9515
3425 Cliff Shadows Pkwy, Suite 150
Las Vegas, NV 89129

Attorneys for Third-Party Plaintiffs,
**MOTEL 6 OPERATING, L.P.** and
**ACCOR NORTH AMERICA, INC.**